| Prob 22 (9/00) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran Court) |
|---|---|---|
| | | 1:01CR198-1 |
| | | DOCKET NUMBER (Rec Court) |
| | | 08 CRIM 729 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Carlos Alberto Rodriguez-Alvarez<br>Bronx, New York | Middle District of North Carolina | Salisbury |
| | NAME OF SENTENCING JUDGE | |
| JUDGE JONES | The Honorable N. Carlton Tilley, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 09/11/2007 — TO 09/10/2012 |

**OFFENSE**

Possess with intent to distribute marijuana - 21:841(a)(1)&(b)(1)(B)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 7 2008

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF NEW YORK upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7/25/2008                              /s/ N. Carlton Tilley
Date                                   United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    SOUTHERN    DISTRICT OF    NEW YORK

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

AUG 0 7 2008                           /s/ Ronald L. Ellis
Date                                   United States District Judge

RONALD L. ELLIS
United States Magistrate Judge
Southern District of New York