## REQUEST FOR COURT ACTION / DIRECTION

TO:  Jim Molinelli
    Docket Clerk

ORIGINAL OFFENSE: Possession With the Intent to Distribute Marijuana, 21 USC 841 (a)(1) and (b)(1)(B), Class B Felony.

ORIGINAL SENTENCE: Eighty Seven (87) Months Imprisonment followed by a Five (5)Years Supervised Release.

FROM: Peter A. Merrigan
    Supervising U.S. Probation
    Officer

ORIGINAL SPEC. CONDITIONS:  $100 Special Assessment Fee. The Defendant Will Participate in a Program Approved by the United States Probation Office for Substance Abuse, Which Program May Include Testing to Determine Whether the Defendant Has Reverted to the Use of Drugs or Alcohol. The Court Authorizes the Release of Available Drug Treatment Evaluations and Reports to the Substance Abuse Treatment Provider, as Approved by the Probation Officer. The Defendant Will Be Required to Contribute to the Costs of Services Rendered (Co Payment) in an Amount to Be Determined by the Probation Officer, Based on Ability to Pay or Availability of Third-party Payment. The Defendant Shall Provide the Probation Officer with Access to Any Requested Financial Information. The defendant shall consent to third-party disclosure to any employer or potential employer information concerning instant offense as it relates to his abilities to perform job duties.

# 08 CRIM 729

AUSA: Steven H. Levin



RE:  **Carlos Alberto Rodriguez-Alvarez**
    Docket # 1:01CR198-1

ORIGINAL DATE OF SENTENCE:  03/12/02

DATE: August 5, 2008

ATTACHMENTS: JUDGMENT X

## ASSIGNMENT FOR TRANSFER OF JURISDICTION

On March 12, 2002, the above-mentioned individual was sentenced as outlined above in the Middle District of North Carolina, by the Honorable N. Carlton Tilley, Jr., U.S. District Judge.

On August 5, 2008, we received a letter from the Middle District of North Carolina, advising that the Honorable N. Carlton Tilley, Jr., U.S. District Judge, signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Rodriguez-Alvarez transfer to the Southern District of New York. At this time we are requesting that this case be assigned to the Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

Peter A. Merrigan
Supervising U.S. Probation Officer
212-805-5129